IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN THOMAS | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 1:16-cv-00491-RJL |
| | : |
| FINNEGAN, HENDERSON, FARABOW | : |
| | : |
|     Defendant. | : |

STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(I)(A), Plaintiff, Kathleen Thomas, by and through her undersigned counsel, voluntarily dismisses her Complaint <u>without</u> <u>prejudice</u>.

Respectfully Submitted,

/s/Neil S. Hyman_____
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4416 East West Highway, Suite 400
Bethesda, Maryland 20814
301-841-7105 (p)
301-986-1301 (f)
neil@neilhymanlaw.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April 2016, a copy of the foregoing, was served on ECF on all parties authorized to accept service by ECF listed below:

Trina Fairley Barlow
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004

                                                  /s/  Neil S.Hyman
                                                  Neil S. Hyman

Case 1:16-cv-00491-RJL   Document 5   Filed 04/29/16   Page 2 of 2